IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-02-0430 FCD GGH P

    vs.

JAMES EDWARD ADAMIC,

    Movant.                    ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Movant was granted an extension of time to file objections to the findings and recommendations and has done so.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2006, are adopted in full;

2. Movant James Edward Adamic's § 2255 motion is dismissed; and

3. The Clerk of the Court is directed to close the companion civil case, No. CIV S-05-01493 FCD GGH P.

DATED: October 31, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE